

**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/04/2025 |
| Period End Date | 08/17/2025 |
| Pay Date | 08/22/2025 |
| Document | 605860 |
| Net Pay | $1,897.48 |

## Pay Details

**Oyewunmi T Falode**
320 East Clarkson Avenue
Philadelphia, PA 19120
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | QTC Mgmt Inc Hourly |
| SSN | XXX-XX-1796 | Location | REM PA 510101 PHILA |
| Job | Medical QA Spec I | Division | VAS - VA Services |
| Pay Rate | $23.7930 | Department | 33B330 - VA East - Back End |
| Pay Frequency | Biweekly | Mini-Team | 33B - VA East - Back End |
| | | Sub-Division | 1049 - VA Back End |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Bonus 1st Qtr | 0.000000 | $0.0000 | $0.00 | $616.14 |
| Bonus 4th Qtr | 0.000000 | $0.0000 | $0.00 | $579.03 |
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $0.52 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,713.08 |
| Inclement Weath | 0.000000 | $0.0000 | $0.00 | $190.34 |
| Internet | | | $11.54 | $161.56 |
| Overtime | 1.250000 | $35.6895 | $44.61 | $98.14 |
| PTO | 0.000000 | $0.0000 | $0.00 | $713.78 |
| Regular-Hourly | 80.000000 | $23.7930 | $1,903.44 | $29,045.07 |
| SCA Fed Sick Le | 0.000000 | $0.0000 | $0.00 | $261.73 |
| SCA PTO SICK | 0.000000 | $0.0000 | $0.00 | $499.64 |
| Suppl H&W | | | $327.15 | $5,726.67 |

Total Hours  81.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $58.44 | $872.60 | $58.44 | $872.60 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $5.95 |
| Basic Ch Life | No | $0.00 | $0.00 | $0.25 | $4.25 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $41.14 |
| LTD | Yes | $0.00 | $0.00 | $6.00 | $102.00 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $256.33 |
| Employee Medicare | $32.99 | $571.94 |
| Social Security Employee Tax | $141.07 | $2,445.54 |
| PA State Income Tax | $69.85 | $1,210.95 |
| PHILA R | $85.09 | $1,478.23 |
| PA Unemployment Employee | $1.82 | $31.56 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| NFSL | 0.0000 | 2.3200 |
| NPTO | 0.0000 | 12.4300 |
| NPTOSICK | 0.0000 | 4.6500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxx9083 | Savings | $250.00 |
| xxxxxx4146 | Savings | $133.50 |
| xxxxxxx2769 | Checking | $1,513.98 |
| Total | | $1,897.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $2,286.74 | $2,216.76 | $330.82 | $58.44 | $1,897.48 |
| YTD | $39,605.70 | $38,571.54 | $5,994.55 | $872.60 | $32,738.55 |



**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**
| | |
|---|---|
| Period Start Date | 08/18/2025 |
| Period End Date | 08/31/2025 |
| Pay Date | 09/05/2025 |
| Document | 609850 |
| **Net Pay** | **$1,860.53** |

## Pay Details

Oyewunmi T Falode
320 East Clarkson Avenue
Philadelphia, PA 19120
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Medical QA Spec I |
| Pay Rate | $23.7930 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | QTC Mgmt Inc Hourly |
| Location | REM PA 510101 PHILA |
| Division | VAS - VA Services |
| Department | 33B330 - VA East - Back End |
| Mini-Team | 33B - VA East - Back End |
| Sub-Division | 1049 - VA Back End |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus 1st Qtr | 0.000000 | $0.0000 | $0.00 | $616.14 |
| Bonus 4th Qtr | 0.000000 | $0.0000 | $0.00 | $579.03 |
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $0.52 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,713.08 |
| Inclement Weath | 0.000000 | $0.0000 | $0.00 | $190.34 |
| Internet | | | $11.54 | $173.10 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $98.14 |
| PTO | 8.000000 | $23.7930 | $190.34 | $904.12 |
| Regular-Hourly | 72.000000 | $23.7930 | $1,713.10 | $30,758.17 |
| SCA Fed Sick Le | 0.000000 | $0.0000 | $0.00 | $261.73 |
| SCA PTO SICK | 0.000000 | $0.0000 | $0.00 | $499.64 |
| Suppl H&W | | | $326.94 | $6,053.61 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $57.10 | $929.70 | $57.10 | $929.70 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $6.30 |
| Basic Ch Life | No | $0.00 | $0.00 | $0.25 | $4.50 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $43.56 |
| LTD | Yes | $0.00 | $0.00 | $6.00 | $108.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $256.33 |
| Employee Medicare | $32.34 | $604.28 |
| Social Security Employee Tax | $138.28 | $2,583.82 |
| PA State Income Tax | $68.47 | $1,279.42 |
| PHILA R | $83.42 | $1,561.65 |
| PA Unemployment Employee | $1.78 | $33.34 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| NFSL | 0.0000 | 2.9300 |
| NPTO | 0.0000 | 7.5000 |
| NPTOSICK | 0.0000 | 6.1800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx9083 | Savings | $250.00 |
| xxxxxx4146 | Savings | $133.50 |
| xxxxxxx2769 | Checking | $1,477.03 |
| Total | | $1,860.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,241.92 | $2,173.28 | $324.29 | $57.10 | $1,860.53 |
| YTD | $41,847.62 | $40,744.82 | $6,318.84 | $929.70 | $34,599.08 |



**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/21/2025 |
| Period End Date | 08/03/2025 |
| Pay Date | 08/08/2025 |
| Document | 598621 |
| Net Pay | $1,892.51 |

## Pay Details

**Oyewunmi T Falode**
320 East Clarkson Avenue
Philadelphia, PA 19120
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-1796 |
| Job | Medical QA Spec I |
| Pay Rate | $23.7930 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | QTC Mgmt Inc Hourly |
| Location | REM PA 510101 PHILA |
| Division | VAS - VA Services |
| Department | 33B330 - VA East - Back End |
| Mini-Team | 33B - VA East - Back End |
| Sub-Division | 1049 - VA Back End |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus 1st Qtr | 0.000000 | $0.0000 | $0.00 | $616.14 |
| Bonus 4th Qtr | 0.000000 | $0.0000 | $0.00 | $579.03 |
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $0.52 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,713.08 |
| Inclement Weath | 0.000000 | $0.0000 | $0.00 | $190.34 |
| Internet | | | $11.54 | $150.02 |
| Overtime | 0.500000 | $35.6895 | $17.84 | $53.53 |
| PTO | 4.000000 | $23.7930 | $95.17 | $713.78 |
| Regular-Hourly | 76.830000 | $23.7930 | $1,828.02 | $27,141.63 |
| SCA Fed Sick Le | 0.000000 | $0.0000 | $0.00 | $261.73 |
| SCA PTO SICK | 0.000000 | $0.0000 | $0.00 | $499.64 |
| Suppl H&W | | | $328.10 | $5,399.52 |

Total Hours  81.330000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K | Yes | $58.23 | $814.16 | $58.23 | $814.16 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $5.60 |
| Basic Ch Life | No | $0.00 | $0.00 | $0.25 | $4.00 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $38.72 |
| LTD | Yes | $0.00 | $0.00 | $6.00 | $96.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $256.33 |
| Employee Medicare | $32.90 | $538.95 |
| Social Security Employee Tax | $140.68 | $2,304.47 |
| PA State Income Tax | $69.66 | $1,141.10 |
| PHILA R | $84.87 | $1,393.14 |
| PA Unemployment Employee | $1.82 | $29.74 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| NFSL | 0.0000 | 1.7000 |
| NPTO | 0.0000 | 9.3300 |
| NPTOSICK | 0.0000 | 3.1000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx9083 | Savings | $250.00 |
| xxxxxx4146 | Savings | $133.50 |
| xxxxxxx2769 | Checking | $1,509.01 |
| Total | | $1,892.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,280.67 | $2,210.90 | $329.93 | $58.23 | $1,892.51 |
| YTD | $37,318.96 | $36,354.78 | $5,663.73 | $814.16 | $30,841.07 |



**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/07/2025 |
| Period End Date | 07/20/2025 |
| Pay Date | 07/25/2025 |
| Document | 594569 |
| **Net Pay** | **$1,866.02** |

## Pay Details

Oyewunmi T Falode
320 East Clarkson Avenue
Philadelphia, PA 19120
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▬ | | Pay Group | QTC Mgmt Inc Hourly |
| SSN | XXX-XX-1796 | | Location | REM PA 510101 PHILA |
| Job | Medical QA Spec I | | Division | VAS - VA Services |
| Pay Rate | $23.7930 | | Department | 33B330 - VA East - Back End |
| Pay Frequency | Biweekly | | Mini-Team | 33B - VA East - Back End |
| | | | Sub-Division | 1049 - VA Back End |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Bonus 1st Qtr | 0.000000 | $0.0000 | $0.00 | $616.14 |
| Bonus 4th Qtr | 0.000000 | $0.0000 | $0.00 | $579.03 |
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $0.52 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,713.08 |
| Inclement Weath | 0.000000 | $0.0000 | $0.00 | $190.34 |
| Internet | | | $11.54 | $138.48 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $35.69 |
| PTO | 2.500000 | $23.7930 | $59.48 | $618.61 |
| Regular-Hourly | 72.250000 | $23.7930 | $1,719.04 | $25,313.61 |
| SCA Fed Sick Le | 1.500000 | $23.7930 | $35.69 | $261.73 |
| SCA PTO SICK | 4.000000 | $23.7930 | $95.17 | $499.64 |
| Suppl H&W | | | $327.65 | $5,071.42 |

Total Hours  80.250000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $57.28 | $755.93 | $57.28 | $755.93 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $5.25 |
| Basic Ch Life | No | $0.00 | $0.00 | $0.25 | $3.75 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $36.30 |
| LTD | Yes | $0.00 | $0.00 | $6.00 | $90.00 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $256.33 |
| Employee Medicare | $32.44 | $506.05 |
| Social Security Employee Tax | $138.70 | $2,163.79 |
| PA State Income Tax | $68.68 | $1,071.44 |
| PHILA R | $83.66 | $1,308.27 |
| PA Unemployment Employee | $1.79 | $27.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| NFSL | 0.0000 | 1.0700 |
| NPTO | 0.0000 | 10.2300 |
| NPTOSICK | 0.0000 | 1.5500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxx9083 | Savings | $250.00 |
| xxxxxx4146 | Savings | $133.50 |
| xxxxxxx2769 | Checking | $1,482.52 |
| Total | | $1,866.02 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $2,248.57 | $2,179.75 | $325.27 | $57.28 | $1,866.02 |
| YTD | $35,038.29 | $34,143.88 | $5,333.80 | $755.93 | $28,948.56 |



**QTC Management, Inc.**
924 Overland Ct
San Dimas, CA 91773

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/23/2025 |
| Period End Date | 07/06/2025 |
| Pay Date | 07/11/2025 |
| Document | 590513 |
| **Net Pay** | **$1,877.87** |

## Pay Details

Oyewunmi T Falode
320 East Clarkson Avenue
Philadelphia, PA 19120
USA

| | |
|---|---|
| Employee Number | ■■■■ |
| SSN | XXX-XX-1796 |
| Job | Medical QA Spec I |
| Pay Rate | $23.7930 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | QTC Mgmt Inc Hourly |
| Location | REM PA 510101 PHILA |
| Division | VAS - VA Services |
| Department | 33B330 - VA East - Back End |
| Mini-Team | 33B - VA East - Back End |
| Sub-Division | 1049 - VA Back End |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Bonus 1st Qtr | 0.000000 | $0.0000 | $0.00 | $616.14 |
| Bonus 4th Qtr | 0.000000 | $0.0000 | $0.00 | $579.03 |
| Coefficient OT | 0.000000 | $0.0000 | $0.00 | $0.52 |
| Holiday | 8.000000 | $23.7930 | $190.34 | $1,713.08 |
| Inclement Weath | 8.000000 | $23.7930 | $190.34 | $190.34 |
| Internet | | | $11.54 | $126.94 |
| Overtime | 0.250000 | $35.6895 | $8.92 | $35.69 |
| PTO | 0.000000 | $0.0000 | $0.00 | $559.13 |
| Regular-Hourly | 64.500000 | $23.7930 | $1,534.65 | $23,594.57 |
| SCA Fed Sick Le | 0.000000 | $0.0000 | $0.00 | $226.04 |
| SCA PTO SICK | 0.000000 | $0.0000 | $0.00 | $404.47 |
| Suppl H&W | | | $327.15 | $4,743.77 |

Total Hours  80.750000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401K | Yes | $57.73 | $698.65 | $57.73 | $698.65 |
| Basic AD&D | No | $0.00 | $0.00 | $0.35 | $4.90 |
| Basic Ch Life | No | $0.00 | $0.00 | $0.25 | $3.50 |
| Basic EE Life | No | $0.00 | $0.00 | $2.42 | $33.88 |
| LTD | Yes | $0.00 | $0.00 | $6.00 | $84.00 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $0.00 | $256.33 |
| Employee Medicare | $32.64 | $473.61 |
| Social Security Employee Tax | $139.58 | $2,025.09 |
| PA State Income Tax | $69.12 | $1,002.76 |
| PHILA R | $84.20 | $1,224.61 |
| PA Unemployment Employee | $1.80 | $26.13 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| NFSL | 0.0000 | 1.9500 |
| NPTO | 0.0000 | 9.6300 |
| NPTOSICK | 0.0000 | 4.0200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxx9083 | Savings | $250.00 |
| xxxxxx4146 | Savings | $133.50 |
| xxxxxxx2769 | Checking | $1,494.37 |
| Total | | $1,877.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---:|---:|---:|---:|---:|
| Current | $2,262.94 | $2,193.67 | $327.34 | $57.73 | $1,877.87 |
| YTD | $32,789.72 | $31,964.13 | $5,008.53 | $698.65 | $27,082.54 |