Certificate Number: 16339-PAE-DE-040213493

Bankruptcy Case Number: 25-13718



16339-PAE-DE-040213493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 19, 2025</u>, at <u>12:11</u> o'clock <u>PM EDT</u>, <u>Oyewunmi Falode</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  October 19, 2025              By:    /s/Kris Krumal

                                     Name:  Kris Krumal

                                     Title: Certified Financial Counselor