United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-13718-pmm
Oyewunmi T Falode  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Dec 24, 2025  Form ID: 318  Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Oyewunmi T Falode, 320 E. Clarkson Avenue, Philadelphia, PA 19120-3003 |
| 15050530 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15050534 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15050541 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QLEFELDMAN.COM | Dec 25 2025 03:30:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 24 2025 22:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 25 2025 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15050509 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 24 2025 22:45:30 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 15050511 | + | Email/PDF: bncnotices@becket-lee.com | Dec 24 2025 22:45:35 | American First Finance, Attn: Bankruptcy, PO Box 565848, Dallas, TX 75356-5848 |
| 15050512 | | Email/PDF: bncnotices@becket-lee.com | Dec 24 2025 22:45:35 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15050513 | ^ | MEBN | Dec 24 2025 22:28:53 | Atlas Credit Card, Attn: Bankruptcy Department, 300 Coventry Road, Kensington, CA 94707-1214 |
| 15050514 | ^ | MEBN | Dec 24 2025 22:28:56 | Ava Finance, Attn: Bankruptcy, 548 Market St, STE 511672, San Francisco, CA 94104-5401 |
| 15050518 | | Email/Text: megan.harper@phila.gov | Dec 24 2025 22:30:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15050521 | | Email/Text: cfcbackoffice@contfinco.com | Dec 24 2025 22:30:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 15050515 | | EDI: CAPITALONE.COM | Dec 25 2025 03:30:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15050516 | ^ | MEBN | Dec 24 2025 22:28:55 | Ccb/onepro, Po Box 513717, Los Angeles, CA |

| Recipient ID | Code | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 90051-3717 |
| 15050517 | + | Email/Text: omx-bnc-bk-notices@chime.com | Dec 24 2025 22:30:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15050519 | | Email/Text: bankruptcy@philapark.org | Dec 24 2025 22:30:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15050520 | + | EDI: WFNNB.COM | Dec 25 2025 03:30:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15050522 | ^ | MEBN | Dec 24 2025 22:28:48 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15050523 | + | EDI: CCS.COM | Dec 25 2025 03:30:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15050524 | + | Email/Text: dht@pacollections.com | Dec 24 2025 22:30:00 | Demetrios Tsarouhis, 21 S Ninth Street Suite 200, Allentown, PA 18102-4861 |
| 15050525 | | EDI: IRS.COM | Dec 25 2025 03:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15050526 | | Email/Text: bankruptcy@marinerfinance.com | Dec 24 2025 22:30:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15050527 | ^ | MEBN | Dec 24 2025 22:28:52 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15050528 | + | Email/Text: opportunitynotices@gmail.com | Dec 24 2025 22:30:00 | OppLoans, Attn: Bankruptcy, P.o. Box 5040, Fredericksburg, VA 22403-0640 |
| 15050529 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 24 2025 22:30:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15050533 | ^ | MEBN | Dec 24 2025 22:28:45 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15050536 | | EDI: PRA.COM | Dec 25 2025 03:30:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15050531 | | EDI: PENNDEPTREV | Dec 25 2025 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15050532 | ^ | MEBN | Dec 24 2025 22:28:50 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15050535 | | Email/Text: bankruptcy@philapark.org | Dec 24 2025 22:30:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15050537 | + | EDI: SYNC | Dec 25 2025 03:30:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15050538 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 24 2025 22:30:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 15050539 | | Email/Text: dht@pacollections.com | Dec 24 2025 22:30:00 | Tsarouhis Law Group, 21 S 9th St Ste 200, Allentown, PA 18102-4861 |
| 15050540 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 24 2025 22:30:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15050542 | + | Email/Text: UpStart@ebn.phinsolutions.com | Dec 24 2025 22:30:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 15050543 | ^ | MEBN | Dec 24 2025 22:28:41 | Velocity Investments, LLC, PO Box 788, Belmar, NJ 07719-0788 |
| 15050544 | + | EDI: WFHOME | Dec 25 2025 03:30:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 24, 2025 | Form ID: 318 | Total Noticed: 40 |

| | | | IA 50328-0001 |
|---|---|---|---|
| 15050545 | ^ MEBN | Dec 24 2025 22:28:41 | Westlake Portfolio Management, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15050510 | ##+ | Allied Account Services, Inc, 422 Bedford Avenue, Bellmore, NY 11710-3545 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Oyewunmi T Falode help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Oyewunmi T Falode <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1796 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–13718–pmm | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Oyewunmi T Falode

12/23/25                                               **By the court:**  Patricia M. Mayer
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**